HEARD APRIL TERM, 1877.

## State, *ex rel.* Brooks, *vs.* Smith.

The principles decided in *Dunton* vs. *Cobb* (8 S. C., 123-127,) and *Coleman* vs. *Smith* (8 S. C., 128-129,) affirmed.

This was a petition to the Justices of the Supreme Court praying for a writ of *mandamus* to compel the County Treasurer of Newberry County to pay certain school claims.

The facts were, that William Brooks, the relator, was a school teacher and held eight pay certificates against the County treasury for fifty dollars, each properly drawn and approved, and all past due November 1st, 1873; that Jesse C. Smith was the County Treasurer of Newberry County and had in his hands a sufficient amount of the funds mentioned in the Act of March 3d, 1874, to pay said certificates, but declined paying them, though required so to do, on the ground that he was prohibited from paying them by the Act of 17th March, 1874, and by the provisions of Article IX, Sections 2 and 3, and Article X, Section 5, of the State Constitution.

*Jones & Mower,* for relator.

*Suber & Caldwell,* contra.

September 22, 1877. The opinion of the Court was delivered by

WILLARD, C. J. All the questions raised in the present case have already been decided in the cases of *Dunton* vs. *Cobb* (8 S. C., 123–127,) and *Coleman* vs. *Smith*, (8 S. C., 128–129). It appears that the relator in the present case holds claims entitled to be paid by the respondent as County Treasurer of Newberry County under the Act of March 3, 1874, and that there are funds sufficient in the hands of the respondent as Treasurer, applicable by law to the payment of such claims, for their payment. A peremptory writ of *mandamus* should therefore issue commanding payment thereof as prayed by the relator.

*McIver*, A. J., concurred.